## WOOTAN v. STATE. (No. 7752.)

(Court of Criminal Appeals of Texas. Jan. 2, 1924.)

Criminal law ⬤⟞1182—Conviction affirmed, there being no bill of exception, and testimony being sufficient.

Where there was no bill of exception in the record, positive testimony for the state showed a sale of whisky by defendant, and no defensive evidence was offered, a conviction of selling intoxicating liquor will be affirmed.

Appeal from District Court, Llano County; J. H. McLean, Judge.

I. B. Wootan was convicted of selling intoxicating liquor, and he appeals. Affirmed.

R. G. Storey, Asst. Atty. Gen., for the State.

HAWKINS, J. Conviction is for the sale of intoxicating liquor. Punishment, one year in the penitentiary.

There are no bills of exception in the record. The facts support the judgment. The positive testimony for the state shows a sale of whisky by appellant. No defensive evidence whatever was offered.

The judgment is affirmed.